# First District Court of Appeal
## State of Florida

_____

No. 1D2024-0484
_____

GENE RAMIREZ,

Appellant,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
James Lee Marsh, Judge.



April 27, 2026

PER CURIAM.

AFFIRMED.

RAY, WINOKUR, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gene Ramirez, pro se, Appellant.

Charles Thomas Martin, Jr., Assistant General Counsel, Tallahassee, for Appellee Florida Department of Corrections.